# LIEBERMAN LAW FIRM PLLC

May 29, 2015

VIA EMAIL <u>ONLY</u> TO:   aleffert@rwolaw.com
                          egarfield@rwolaw.com

ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202

ATTN: ANTHONY L. LEFFERT, ESQ.

RE:   PROCOM SUPPLY LLC V. MECHEL LANGNER ET AL.
      <u>Civil Action No.: 15-mc-416-UA</u>

Dear Mr. Leffert:

    Concerning your May 14, 2014 examination of Abraham Bergman, who testified on behalf of Real Prospex LLC, we respectfully renew our request to review the transcript and an opportunity to provide a statement of changes if appropriate. When we made our initial request prior to the completion of the deposition, you indicated that there was no authority to support such a request. In that regard, I direct your attention to FRCP 30(e).

    Thank you.

Sincerely,

Benjamin J. Lieberman