

May 29, 2015

Lieberman Law Firm, PLLC
1419 Coney Island Avenue
Brooklyn, NY 11230
Attn: Benjamin J. Lieberman, Esq.

Re: *Procom Supply, LLC v. Mechel Langner, et al*

Date: 05/14/2015
Deponent: Abraham Bergman
Job #: 192221

Dear Benjamin J. Lieberman,

    The witness did not waive the right to read and sign his/her deposition. As your firm has not ordered a copy of the transcript, a copy of the deposition taken in the above referenced matter has been made available in our office for review. If you prefer to receive the transcript via email, our office can email you a secure (read-only) PDF of the transcript. Your witness will have the opportunity to list any corrections on an errata sheet, sign and date the errata sheet, and also sign the signature page.

    Please contact Customer Service at [CustomerService@MagnaLS.com](mailto:CustomerService@MagnaLS.com) or 866-624-6221 to make arrangements to review the transcript.

Sincerely,

*[signature]*

Magna Customer Service Department

cc: Anthony L. Leffert, Esq.